UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LAURA DOMBROWSKI,

    Plaintiff/Counter Defendant,

v.                                                            Case No. 18-11615

UNITED STATES OF AMERICA,

    Defendant/Counter Plaintiff.

_____/

**ORDER DIRECTING PLAINTIFF TO SUBMIT A SHORT
SUMMARY OF THE STATUS OF THIS CASE**

Plaintiff Laura Dombrowski brings this quiet title action against Defendant United States of America under 28 U.S.C. § 2410(a)(1) for property on which Plaintiff resides and to which she has legal title. (ECF No. 1.) Plaintiff has lived with Ronald Matheson since 2006. Matheson has accumulated substantial debts to the federal government, and Defendant seeks to collect some of the amounts owed. Defendant filed a federal tax lien on Plaintiff's property, claiming Matheson has an interest in the property. Defendant counterclaims under 26 U.S.C. § 7403(a) to enforce its lien. (ECF No. 5.)

The complaint included a jury demand. (ECF No. 1, PageID.5.) On October 5, 2020, Defendant filed a motion to strike the demand, (ECF No. 43), and on March 8, 2021, the court granted the motion to strike. (ECF No. 45.)

The court held a telephonic status conference on March 17, 2021, to discuss the possibility of holding a remote bench trial. At the conference, Plaintiff stated that she

intends to file a writ of mandamus to challenge the court's March 8 decision to strike Plaintiff's jury demand.

The court will not at this time set a trial schedule. Instead, the court will await the resolution of Plaintiff's forthcoming writ of mandamus. The court will direct Plaintiff to consult with Defendant and, in ninety days, email the court's case manager a short summary of the status of this case. Accordingly,

IT IS ORDERED that Plaintiff is DIRECTED to confer with Defendant and email the court's case manager, at Lisa_Wagner@mied.uscourts.gov, copying opposing counsel, a short summary of the status of this case on **June 15, 2021**. The summary must not exceed 200 words.

        s/Robert H. Cleland        /
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: March 19, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 19, 2021, by electronic and/or ordinary mail.

        s/Lisa Wagner        /
        Case Manager and Deputy Clerk
        (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\18-11615.DOMBROWSKI.OrderDirectingPlaintifftoSubmitaShortSummary.RMK.docx