UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LAURA DOMBROWSKI, | Civil Action No. 3:18-cv-11615 |
| Plaintiff, | Hon. Robert H. Cleland, U.S.D.J. |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Counterclaim-Plaintiff, | |
| v. | |
| LAURA DOMBROWSKI | |
| Counterclaim-Defendant. | |

**Order Distributing Proceeds of Judicial Sale**

Before the Court is the United States of America's *Motion for Order Approving Distribution of Sale Proceeds*. The Court has considered the premises of the Motion and Exhibit 1 (Closing Disclosure) attached thereto and finds good cause to grant the Motion. It is therefore:

ORDERED that the *Motion for Order Approving Distribution of Sale Proceeds* is granted, and it is

ORDERED FURTHER that the proceeds from the January 13, 2023, judicial sale of the real property commonly known as 54213 Stillwater Drive, Macomb, Michigan 48042 (the "Property"), shall be distributed as follows:

(1) the sum of $424,956.91, representing the sale proceeds from the judicial sale of the Property, which amount is currently being held by Midwest Title LLC, shall be distributed from Midwest Title LLC to the United States of America for application to the federal income tax liabilities for the 2001, 2003, 2004, 2007, and 2010 tax years of Ronald Matheson.

**IT IS SO ORDERED.**

Dated: January 24, 2023                    s/Robert H. Cleland
                                           HON. ROBERT H. CLELAND
                                           United States District Judge